**Elliott CONE, on behalf of E. H. Cone, III; Nancy Cone, on behalf of E. H. Cone, III, Plaintiffs–Appellants,**

v.

**RANDOLPH COUNTY SCHOOLS,**
**Defendant–Appellee.**

No. 04-1319.

United States Court of Appeals,
Fourth Circuit.

Submitted June 18, 2004.

Decided July 16, 2004.

Elliott Cone, Nancy Cone, Appellants pro se. Donna Rhea Rascoe, Cranfill, Sumner & Hartzog, L.L.P., Raleigh, North Carolina, for Appellee.

Before WILKINSON, LUTTIG, and SHEDD, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Elliott Cone and Nancy Cone appeal the district court's order granting summary judgment for Randolph County Schools on their action under the Individuals with Disabilities Education Act, 20 U.S.C. § 1400–87 (2000), and its North Carolina counterpart, N.C. Gen. Stat. § 115C-106 (1999), brought on behalf of their child E. H. Cone, III. We have carefully reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Cone v. Randolph County Sch.,* 302 F.Supp.2d 500 (M.D.N.C.2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*